An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

WAYNE A. PEDERSON,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
PATRICK FLANAGAN, DISTRICT
JUDGE,
Respondents,
and
MARK CHRISTOPHER, AN
INDIVIDUAL; AND JESSE B. KALTER,
AN INDIVIDUAL,
Real Parties in Interest.

No. 65830

**FILED**

JUL 31 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### *ORDER DISMISSING PETITION FOR WRIT OF MANDMAUS*

On July 22, 2014, counsel for petitioner filed a withdrawal of petition, which we construe as a motion, seeking to voluntarily withdraw the petition for a writ of mandamus, indicating that the parties have reached a settlement of the underlying district court case. Having considered the motion, we grant it and dismiss this petition. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

_____, C.J.

cc:   Hon. Patrick Flanagan, District Judge
      Olson, Cannon, Gormley, Angulo & Stoberski
      Lipson Neilson Cole Seltzer & Garin, P.C.
      Carl M. Hebert
      Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

14-25022